**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**WILLIAM HOSS,**

        **Petitioner,**        **CASE NUMBER: 09-12208
HONORABLE VICTORIA A. ROBERTS**

**v.**

**HUGH WOLFENBARGER,**

        **Respondent.**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On May 21, 2010, Magistrate Judge Paul J. Komives submitted a Report and Recommendation (Doc. #16) recommending that the Court GRANT Respondent's "Motion to Dismiss for Failure to Comply with the Statute of Limitations." (Doc. #10). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b), the Magistrate Judge's Report and Recommendation is **ADOPTED**.

The Court **GRANTS** Respondent's motion, **DENIES** Petitioner's Habeas Corpus Petition (Doc. #1), and **DENIES** a certificate of appealability.

        **IT IS ORDERED**.

                              S/Victoria A. Roberts
                              Victoria A. Roberts
                              United States District Judge

Dated: June 15, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record and William Hoss by electronic means or U.S. Mail on June 15, 2010.

s/Carol A. Pinegar
Deputy Clerk